# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

MATTHEW COCHRAN, Individually, and
On Behalf of All Others Similarly Situated;

    Plaintiff,

vs.                                    CASE NO.: 2:17-cv-77-FtM-99CM

CLEAN ENVIROMENT, LLC and
KRIS MARSEGLIA, Individually;

    Defendants,
_____/

## **NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.01(a), the FLSA Scheduling Order (Doc. #26), and *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11 Cir. 1982), the parties notify the Court that Plaintiff's FLSA claim has been settled in full, without compromise, separately from attorney's fees and costs. Contemporaneously with the filing of this Notice of Settlement, the parties have filed a Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**July __, 2017**

/s/ Jason L. Gunter
Jason L. Gunter, Esq.
Fla. Bar No.: 0134694
jason@gunterfirm.com
Conor P. Foley, Esq.
Fla. Bar No.: 111977
conor@Gunterfirm.com
GUNTERFIRM
1514 Broadway, Ste. 101
Ft. Myers, FL 33901
Telephone:(239) 334-7017
Facsimile:(239) 236-8008
*Counsel for Defendants*

s/ DENNIS A. CREED
Dennis A. Creed, III Esq.
Florida Bar No. 43618
Creed Law Group, PLLC
13043 West Linebaugh Avenue
Tampa, Florida 33626
Tel: (813)444-4332
Fax: (813)441-6121
Dcreed@creedlawgroup.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to *all counsel of record.*

*s/ DENNIS A. CREED*
Dennis A. Creed, III Esq.
Florida Bar No. 43618
